No. 22-2458

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

LEE BROWN

    Plaintiff-Appellant,

v.

DAWN FOFANA,

    Defendant-Appellee.

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Defendant-Appellee, Dawn Fofana, appears in this matter by her attorneys, Joshua L. Kaul, Wisconsin Attorney General and Brian P. Keenan, Assistant Attorney General, and requests that service of all pleadings and other papers be made upon Assistant Attorney General Brian P. Keenan as counsel of record at 17 West Main Street, Madison, Wisconsin 53703, by first class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or via the ECF system for the United States Court of Appeals for the Seventh Circuit.

Assistant Attorney General Brian P. Keenan is hereby substituted as Defendant-Appellee's counsel in place of Assistant Attorney General Catherine R. Malchow.

Dated this 18th day of August 2022.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    Electronically signed by:

    s/ Brian P. Keenan
    BRIAN P. KEENAN
    Assistant Attorney General
    State Bar #1056525

    Attorneys for Defendant-Appellee

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
keenanbp@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on August 18, 2022, I electronically filed the foregoing Notice of Appearance and Substitution of Counsel with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

I further certify that a copy of the above document was mailed to:

Lee Anthony Brown, #385934
Oshkosh Correctional Institution
Post Office Box 3310
Oshkosh, WI  54903-3310

Dated this 18th day of August 2022.

s/ Brian P. Keenan
BRIAN P. KEENAN
Assistant Attorney General
