# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 12, 2023

**By the Court:**

| | |
|---|---|
| LEE A. BROWN,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of |
| No. 22-2458          v. | ] Wisconsin.<br>] |
| DAWN FOFANA,<br>    Defendant-Appellee. | ] No. 2:21-cv-00542-BHL<br>]<br>] Brett H. Ludwig,<br>]    Judge. |

### O R D E R

The Jurisdictional Statement in the brief of appellant does not comply with Circuit Rule 28(a)(1) which requires that an appellant identify with specificity "the provision of the constitution or federal statute involved" in the case if jurisdiction is based on the existence of a federal question. Appellant must provide the statutory or constitutional citation involved in this case. It is insufficient to cite "28 U.S.C. § 1331." Accordingly,

IT IS ORDERED that appellant file a paper captioned "Amended Jurisdictional Statement" no later than April 18, 2023, that provides the omitted information noted above and otherwise complies with all the requirements of Circuit Rule 28(a).

IT IS FURTHER ORDERED that the clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellant's "Amended Jurisdictional Statement" to the assigned merits panel.